UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK A. WILLIAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C14-CV-00509-RSL-JLW<br><br>ORDER REVERSING COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation and REVERSES the decision of the Commissioner;

(2) The Court REMANDS the case for further proceedings consistent with the Report and Recommendations.

    (A) Reevaluate evidence pertaining to Plaintiff's tremors, particularly with regard to anxiety, clenching and interlacing of hands, and anxiety, and incorporate further limitations as needed;

ORDER REVERSING COMMISSIONER
PAGE -1

        (B) Reassess Plaintiff's mental impairments including the opinions of Drs. Czysz and Gullo;

        (C) If needed, formulate a new RFC and obtain additional testimony from a Vocational Expert.

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

Dated this 21st day of January, 2015.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER REVERSING COMMISSIONER
PAGE -2